IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

     Plaintiff,                    No. CIV S-09-3589 KJM-EFB

     vs.

4730 EL CAMINO, LLC,

     Defendant.              ORDER

_____/

     On March 14, 2011, the court issued a minute order instructing parties to file dispositional documents by April 1, 2011. (ECF 13.)  The parties have not complied with the court's order.

     Accordingly, counsel for the parties are hereby ordered to show cause within fourteen days of the date of this order why sanctions should not be imposed against counsel and/or the parties for their failure to comply with the court's order.

     IT IS SO ORDERED.

DATED:  April 11, 2011.

_____
UNITED STATES DISTRICT JUDGE

1