IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                                     No. CIV S-09-3589 KJM-EFB

    vs.

4730 EL CAMINO, LLC,

    Defendant.                          <u>ORDER</u>

          This matter comes before the court upon the parties' stipulation of dismissal filed on April 11, 2011.  (ECF 15.)  In light of this stipulation, the order to show cause issued by this court on April 11, 2011 is hereby DISCHARGED.  (ECF 14.)  The Clerk of the Court is directed to CLOSE this case.

          IT IS SO ORDERED.

DATED: April 19, 2011.

                                                      UNITED STATES DISTRICT JUDGE

1